# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147363

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSEPH HESTER,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147363
COA: 311826
Wayne CC: 09-018971-FC

On order of the Court, the application for leave to appeal the May 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021